**1116**

SYRACUSE, G. & C. RY. CO., Respondent, v. RANDALL et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by the Syracuse, Geneva & Corning Railway Company against Ceylon Randall and another.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

WILLIAMS, J., not voting.

SYRACUSE TRUST CO., Respondent, v. KAUFMAN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by the Syracuse Trust Company against Margaret E. Kaufman and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

McLENNAN, P. J., and HISCOCK, J., dissent.

TAYLOR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by Sarah M. Taylor, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

TEN EYCK, Appellant, v. BOOKMAN et al., Respondents (two cases). (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Actions by Clarence Ten Eyck, as receiver, against Leroy and Lucinda Bookman and others.

PER CURIAM. It appearing to the court that Rebecca Gambee, one of the parties hereto, died on or about October 28, 1904, and that no substitution has been made for the purpose of representing the interests, if any, of the estate of said decedent, the hearing of the appeal herein is stayed until such substitution shall have been made.

THAYER, Respondent, v. UTICA KNITTING CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15, 1904.) Action by James W. Thayer, an infant, etc., against the Utica Knitting Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS and STOVER, JJ., dissent.

THEOBALD v. SMITH et al. (Supreme Court, Appellate Division, First Department. October 14, 1904.) Action by Zoe Theobald against Catherine Smith and others. No opinion. Motion denied.

THOMAS, Appellant, v. ELECTRIC VEHICLE CO., Respondent. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by Orlando F. Thomas, as receiver of the General Carriage Company, against the Electric Vehicle Company. No opinion. Judgment affirmed, with costs.

THOMPSON, Appellant, v. LAZELL, DALLEY & CO., Respondents. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by William S. Thompson against Lazell, Dalley & Co. H. Wallis, for appellant. G. H. Fletcher, for respondents. No opinion. Judgment affirmed, with costs.

THOMPSON et al., Appellants, v. WITKOP, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by James S. Thompson and others against Henry Witkop, as treasurer, etc. No opinion. Motion to amend record granted.

THOMPSON et al., Appellants, v. WITKOP, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 18, 1904.) Action by James S. Thompson and others against Henry Witkop, as treasurer, etc.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event. Held, that the answer does not contain any general or specific denial in conformity with section 500 of the Code of Civil Procedure, and that, this objection having been seasonably raised on the trial, the court erred in overruling the same and allowing the trial to proceed.

TOWN OF SOUTHOLD, Appellant, v. PARKS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by the town of Southold against Francis B. Parks and others.

PER CURIAM. Judgment affirmed, with costs, on the opinion of Mr. Justice Wilmot M. Smith at Trial Term. 84 N. Y. Supp. 1078.

TRIMMER v. HAGGERTY. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by William S. Trimmer against Carrie Haggerty. No opinion. Motion to dismiss appeal granted, with $10 costs.

TRUST CO. OF AMERICA v. STATE SAFE DEPOSIT CO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Trust Company of America, as trustee, etc., against the State Safe Deposit Company. C. A. Hansmann, for plaintiff. M. Stearns, for defendant. No opinion. Submission of controversy dismissed.

TSCHETINIAN, Respondent, v. CITY TRUST CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. November 18, 1904.) Action by James Tschetinian against the City Trust Company of New York. No opinion. Motion denied, without costs.

UNION PAPER CO., Appellant, v. RAFFEL, Respondent. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by the Union Paper Company against Tobie E. Raffel. C. H. Williams, for appellant. C. A. Boston, for respondent. No opinion. Judgment affirmed, with costs.

UNVERZAGHT et al., Respondents, v. MEYER, Appellant. (Supreme Court, Appellate Division, Second Department. November

23, 1904.) Action by Louis Unverzaght and Edward J. Colwell against Anton H. Meyer. No opinion. Judgment and order unanimously affirmed, with costs.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appeal dismissed, unless within 30 days from the date of service of a copy of this order, together with notice of entry thereof, the appellant print, file, and serve printed case herein, in which event said motion is denied.

VANCISE, Appellant, v. PETERMAN, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Oscar Vancise against Stephen L. Peterman.

PER CURIAM. Appellant granted an extension of 20 days from the 15th day of November, 1904, in which to file and serve his printed papers on appeal, in addition to the extension heretofore granted by this court, upon condition that the appeal be placed upon the calendar for the next term of this court.

VAN DRESSER, Respondent, v. BRACE HOTEL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Charles W. Van Dresser against the Brace Hotel Company. No opinion. Judgment and order affirmed, with costs.

In re DE VAUGRIGNEUSE. (Supreme Court, Appellate Division, First Department. November 11, 1904.) In the matter of Sarah M. De Vaugrigneuse, deceased. G. L. Craig, for appellant. J. S. Davenport, for respondent. No opinion. Order, so far as appealed from, affirmed, with $10 costs and disbursements.

VOLK, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 4, 1904.) Action by John Volk against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs and disbursements. Motion for leave to appeal to the Court of Appeals denied.

WALSH v. GENERAL FIRE EXTINGUISHER CO. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by Mary Walsh, as administratrix, against the General Fire Extinguisher Company. No opinion. Motion granted, so far as to dismiss appeal, upon payment of taxable costs.

WARD v. MANHATTAN RY. CO. (Supreme Court, Appellate Division, First Department. October 21, 1904.) Action by Kate Ward, as administratrix, against the Manhattan Railway Company. No opinion. Motion denied, with $10 costs.

WARING, Appellant, v. BOAS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Vechten Waring against Arthur E. Boas. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. JAMES et al., Appellants. (Supreme Court, Appellate Division, First Department. November 11, 1904.) Action by William C. Warner against Thomas L. James and others. J. E. Ruston, for appellants. H. E. Deming, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WARNER, Respondent, v. STEARNS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 23, 1904.) Action by Elton D. Warner against Lester F. Stearns.

PER CURIAM. Ex parte order dated August 23, 1904, as modified by the order of the Special Term entered September 19, 1904, and said order of September 19th, are affirmed, with $10 costs and disbursements.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 11, 1904.) In the matter of the final settlement of the accounts of George C. Watson, as executor, etc., of George Catchpole, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

In re WATSON. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) In the matter of the final accounting of George C. Watson, as executor, etc., of George Catchpole, deceased.

PER CURIAM. Upon stipulation, the order heretofore made and entered herein is amended, by awarding costs to the respondent Nettie E. Catchpole, payable out of the estate.

WATTENGEL, Respondent, v. ACKER PROCESS CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 21, 1904.) Action by Mary Wattengel against the Acker Process Company. No opinion. Judgment affirmed, with costs.

In re WEEKS. (Supreme Court, Appellate Division, Second Department. October 11, 1904.) In the matter of the application of H. Luther Weeks for a writ of certiorari, etc. No opinion. Motion for reargument granted, and case set down for the 14th day of November, 1904.

WEEKS, Appellant, v. VAN NESS, Respondent. (Supreme Court, Appellate Division, Second Department. October 14, 1904.) Action by Count W. Weeks against Cornelius H. Van Ness. No opinion. Order affirmed, with $10 costs and disbursements.

In re WEHRUM. (Supreme Court, Appellate Division, First Department. October 14,